# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| PATRICIA A. GRECO and JOHN GRECO, | Civil Action No.: 03-4795 (JLL) |
| Plaintiff(s), | |
| v. | ORDER |
| MARK A. HARTZBAND, M.D., and HACKENSACK UNIVERSITY MEDICAL CENTER, | |
| Defendant(s). | |

It appearing that it has been reported to the Court that the above captioned matter has been settled between the parties:

**It is on 22nd day of MAY, 2008;**

**ORDERED**, that this action be and hereby is dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms; and, it is further,

**ORDERED**, defendant's motions *in limine* [#60] and [#61] are deemed moot; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

JOSE L. LINARES, U.S.D.J.